IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE:
JASON BLAIR OGLETREE,            CHAPTER 13
XXX-XX-4060,            CASE NO: 09-32631-DHW-13
    Debtor,

BAC HOME LOANS SERVICING, LP,
    Movant.

## AGREED ORDER CONDITIONALLY DENYING MOTION

The Movant filed a motion for relief from stay against Debtor seeking relief from the stay which operates as a result of Debtor having filed a petition under the Bankruptcy Code. The Movant seeks an order authorizing Movant to foreclose its mortgage according to the powers set out in the mortgage.

Debtor executed a note to Countrywide Home Loans, Inc. and mortgage to MERS Solely as Nominee for Lender dated 5/31/07 on the following property located in Autauga County, Alabama:

> Lot 15, Block G according to the Plat of Crestview Heights East, as the same appears of record in the Office of the Judge of Probate of Autauga County, Alabama, in Deed Book 86, Pages 12 and 13, and re-recorded in Map Book 2, at Page 36. (Said property is more commonly known as 958 Wright St., Prattville, AL 36066-5226);

which mortgage is recorded in Real Property Instrument # 243237, Book 2007, Page 5366, of the records in the Office of the Judge of Probate of said County. Said promissory note and mortgage were assigned to Movant.

This matter came on for a hearing on the motion for relief. Proper notice of the hearing was given. Upon consent of the parties hereto, it is ORDERED that the relief prayed for by Movant is CONDITIONALLY DENIED. The condition is the Debtor is to pay the following arrearage:

| | |
|---|---:|
| 10/09 – 2/10 (5 @ $668.56): | $3,342.80 |
| Attorney's fee - motion for relief: | 550.00 |
| Filing fee - motion for relief: | 150.00 |
| Total: | $4,042.80; |

The arrears in the amount of $4,042.80 shall be added to the Debtor's Chapter 13 Plan by a proof of claim. Debtor shall pay the 3/10 payment on or before 3/31/10, and Debtor's regular monthly post-petition payments shall recommence direct to Movant with the 4/1/10 payment.

Debtor's payments to the Trustee shall be set at $336.00 bi-weekly. Trustee payments remitted to Movant on behalf of Debtor shall be $80.00.

It is ORDERED if the future monthly post-petition payments come into default and, upon a written twenty (20) day notice of default to Debtor, and Debtor's attorney, the Debtor fails to cure the arrears; then the automatic stay shall be terminated effective upon Movant filing a notice of lift of stay with the Court, which notice shall serve to reduce Movant's claim(s) to the amount paid. Movant is then authorized to immediately foreclose its mortgage without further order of this Court.

It is further ORDERED, in the event a notice of default is issued due to Debtor's default under this Order, Movant may recover reasonable attorneys fees and costs for preparing the notice. Waiver of default shall not constitute waiver of any subsequent default.

The terms of this ORDER for repayment of the arrearage shall apply only so long as the Chapter 13 remains pending.

Bankruptcy Rule 4001(a)(3), as amended, is not applicable, and Movant may immediately enforce and implement this ORDER granting relief from stay.

Dated: March 11, 2010.

/s/ Dwight H. Williams, Jr.
DWIGHT H. WILLIAMS, JR.
U.S. BANKRUPTCY JUDGE

This Order was consented to by:
Vonda McLeod, Debtor's Attorney
(334) 269-4440

This instrument was prepared by:
William S. McFadden, Movant's Attorney
(251) 342-9172

cc: Debtor
    Debtor's Attorney
    Movant's Attorney
    Trustee